246

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JAMES RUTLEDGE, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mrs. Mary Aurigemma,* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. David S. Baime,* for the respondent.

May 26, 1970. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ALFRED A. KUSKE, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. George M. Dominguez,* for the petitioner.

*Mr. Joseph Tuso* and *Mr. N. Douglas Russell,* for the respondent.

May 26, 1970. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. MICHAEL HANEY & CHARLES HAMPTON, DEFEND-ANTS-PETITIONERS.

*Mr. Robert B. Stites,* for the petitioners.

*Mr. A. Donald Bigley* and *Mr. I. Michael Heine,* for the respondent.

May 26, 1970. Denied.